UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alejandro Cruz,

          Plaintiff,

Civil No. 16-4140 (DSD/KMM)

v.

**ORDER**

Express Employment
Professionals,
Sedgwick Claims Management
Services, Inc.,

          Defendants.

---

The above matter comes before the court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated January 19, 2017. No objections have been filed in the time period permitted. Accordingly, based on the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1. This action is dismissed without prejudice for lack of subject-matter jurisdiction; and

    2. The application to proceed in forma pauperis [ECF No. 2] is denied as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: February 13, 2017    <u>David S. Doty</u>
                                      David S. Doty, Judge
                                      United States District Court